UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 03 2015
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK W. GANIM, <br><br> Defendant. | Criminal No. 1:15-CR-19 <br><br> Violations: 18 U.S.C. § 1470 <br> 18 U.S.C. § 2423(b) <br> 18 U.S.C. § 2422(b) |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

(Travel with intent to engage in illicit sexual conduct)

On or about October 1, 2014, in Preston County, West Virginia, in the Northern District of West Virginia, and elsewhere, the defendant **PATRICK W. GANIM** traveled in interstate commerce from outside the state of West Virginia to Preston County, West Virginia for the purpose of engaging in illicit sexual conduct with another person; that is to say, the defendant, who was 29 years old at the time, traveled from outside the state of West Virginia to Preston County, West Virginia, where he committed West Virginia offenses of Third Degree Sexual Assault by engaging in anal and oral sexual intercourse with a 12 year old person.

In Violation of Title 18, United States Code, Section 2423(b)

## COUNT 2

(Using means of interstate commerce to attempt to entice minor to engage in sexual activity)

From on or about October 4, 2014, to on or about November 4, 2014, in Preston County, West Virginia, in the Northern District of West Virginia, and elsewhere, the defendant **PATRICK W. GANIM** used a facility and means of interstate commerce, that is, the internet, to knowingly persuade, induce and entice an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense and did attempt to do so; that is to say, on and around those dates, the defendant engaged in internet chat with the same 12 year old person referenced in Count One for the purpose of arranging another meeting, where he could commit more acts in violation of West Virginia statutes involving Third Degree Sexual Assault.

In Violation of Title 18, United States Code, Section 2422(b)

## COUNT 3

(Transfer of obscene materials to a minor)

On or about November 4, 2014, in Preston County, West Virginia, in the Northern District of West Virginia, and elsewhere, the defendant **PATRICK W. GANIM** used a facility and means of interstate commerce, that is, the internet, to knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years and did attempt to do so; that is to say, on or about that date the defendant sent to the person referenced above in Counts One and Two a picture of fellatio being committed.

In Violation of Title 18, United States Code, Section 1470

A True Bill,

/s/_____
Grand Jury Foreperson
(Signature on File)

/s/_____
WILLIAM J. IHLENFELD, II
UNITED STATES ATTORNEY

SARAH WAGNER MONTORO
Assistant United States Attorney

ROBERT H. MCWILLIAMS, JR.
Assistant United States Attorney