IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff,

                                        Criminal No. 1:15-CR-19

v.

PATRICK W. GANIM,

      Defendant.

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant pursuant to 18 U.S.C. 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because case involves (check all that apply):

      <u> X </u>   Crime of violence (18 U.S.C. 3156)

      <u>     </u>   Maximum sentence life imprisonment or death

      <u>     </u>   10+ year drug offense

      <u>     </u>   Felony, with two prior convictions in above categories

      <u>     </u>   Serious risk defendant will flee

      <u>     </u>   Serious risk obstruction of justice

2. Reason for Detention. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      <u> X </u>   Defendant's appearance as required

      <u> X </u>   Safety of any other person and the community

    3. Rebuttable Presumption.  The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

        \_\_\_    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. 924(c)

        \_\_\_    Previous conviction for "eligible" offense committed while on pretrial bond.

        \_X\_    Offense involving a minor victim under 18 U.S.C. § 2423 (See 18 U.S.C. § 3142(e)(3)(E))

    4. Time for Detention Hearing.  The United States requests the court conduct the detention hearing

        \_\_\_    At first appearance

        \_X\_    After continuance of \_3\_ days (not more than 3)

    5.    Other Matters:

DATED this 6th day of February, 2015.

                Respectfully submitted,

                WILLIAM J. IHLENFELD, II
                United States Attorney

        By:    /s/ *Sarah W. Montoro*
                SARAH W. MONTORO
                Assistant United States Attorney/Bar Number: 10239
                United States' Attorney's Office
                320 W. Pike Street, Suite 300
                Clarksburg, WV 26301
                Telephone: (304) 623-7030
                Fax: (304) 632-7031
                E-mail: sarah.montoro@usdoj.gov